IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NAOMI RENEE MORRIS                                                         PLAINTIFF

V.                                                      CAUSE NO.: 1:14CV223-SA-DAS

TRI-STATE TRUCK CENTER                                                    DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [49] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 11th day of April, 2016.

                                                  /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**